Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYNA CANTORIA, <br><br> Plaintiff <br><br> v. <br><br> VISION FINANCIAL CORP., <br><br> Defendant | ) <br> ) <br> ) <br> ) **Case No.: 5:14-cv-05594-PGS** <br> ) **Notice of Voluntary Dismissal** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 1, 2015      BY: */s/ Amy L. Bennecoff Ginsburg*
                         Amy L. Bennecoff Ginsburg (275805)
                         Kimmel & Silverman, P.C
                         30 East Butler Pike
                         Ambler, PA 19002
                         Phone: (215) 540-8888
                         Facsimile: (215) 540-8817
                         Email: aginsburg@creditlaw.com
                         Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 1st day of June, 2015, with:

    United States District Court CM/ECF system

Notification sent regular mail on this 1st day of June, 2015, to:

    Nicole Martin, Esq.
    Vision Financial Corp.
    5301 East State Street
    Lower Level
    Rockford IL 61108

    By: /s/ Amy L. Bennecoff Ginsburg
    Amy L. Bennecoff Ginsburg
    Kimmel & Silverman, P.C.
    Attorney for Plaintiff